UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMA BAHATI BERNARD,<br><br>  Petitioner,<br><br>  v.<br><br>R. ZUNIGA,<br><br>  Respondent. | No. 2:17-cv-0347 AC P<br><br>ORDER |

Petitioner, a federal inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

The application challenges execution of a conviction issued by the United States District Court in the Southern District of California. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

/////

/////

1

2. This matter is transferred to the United States District Court for the Southern District of California.

DATED: March 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE