# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMA BAHATI BERNARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. ZUNIGA,<br><br>　　　　　Respondent. | Case No. 1:17-cv-00426-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE VICKERS DECLARATION |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 26, 2017, Respondent filed a motion to dismiss, wherein Respondent references the declaration of Jennifer Vickers. (ECF No. 16 at 2, 3). However, no such declaration is attached to the motion.

    Accordingly, the Court HEREBY ORDERS that Respondent file the missing declaration within **SEVEN (7) days** of the date of this order.

IT IS SO ORDERED.

Dated: __June 14, 2017__

                                                 UNITED STATES MAGISTRATE JUDGE

1